IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP 10 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY CHENOWETH, )
    Plaintiff, )
)  CASE NO.  04-1185
vs. )
)  AFFIDAVIT IN SUPPORT
DR. THOMAS WEBSTER, et al, )
    Defendants. )

    I, **Darrell Hermundson**, the Declarent, attest the following statements and information are true and correct. Pursuant to all provisions and penalties under **28 U.S.C. 1746**.

### STATEMENT OF FACTS

1) On or about August 1, 2004, the Plaintiff, requested that I, the Declarent, would assist him on the present civil action which is presently before the Court.

2) Upon review of the Plaintiff's documents, communication in regard to his filing, and as to why the previous prisoner assistant was no longer aiding the Plaintiff in this cause, the Declarent has agreed to assit the Plaintiff until at least the Court rules on The motion which had been submitted for Appointment of Counsel.

3) The Plaintiff has been diagnosed with Attention Deficit Hyper-activeity Disorder (A.D.H.D.), and it is the belief of the Declarent that the Plaintiff would not be able to execute this action on his own behalf.

4) The Declarent has explained to the Plaintiff, that he is not an attorney, nor does the Declarent have a legal education. However, until the cause goes to Summary, the Declarent will be able to assist the Plaintiff with precise and accurate response's to the Court on the behalf of the Plaintiff.

5) Here at F.C.I. Pekin, there are no Legal Assistance Programs available to the prisoner's, pursuant to the Code of Federal Regulations.

6) The Plaintiff had another prisoner assisting in this cause, however, this prisoner is no longer here at F.C.I. Pekin.

## POSITION OF DECLARENT

It is the belief of the Declarent, that the Plaintiff, Larry Chenoweth has Constitutional issues that are of merit. In reviewing all legal materials presently in the Plaintiff's possession, discussions with the Plaintiff, and viewing the Plaintiff in continious and severe pain on a daily basis, I do believe that the Medical Department has for whatever reason deliberately ignored the Plaintiff's medical concerns.

Which if the issues are not treated, it will cause future medical problems. Therefore, I will continue to assist the Plaintiff, unless I am removed from the institution or released from custody. The Declarent wishes it to be known all filings, communications, or other responses to the court will be precise and accurate. Although, the Declarent, as does the Plaintiff, requests that the Clerk places the filing of this Affidavit on the Plaintiff's Docket, to ensure no unecessary retaliation by the Bureau of Prisons.

## CONCLUSION

It is the request of the Plaintiff that the court reviews this Affidavit in Support, and views all information and statements therein.

Dated this 8th day, September, 2004.

Darrell Hermundson-Declarent
09109-097  F.C.I. Pekin
P.O. Box 5000
Pekin, Illinois  61555

Dated this 8 day, September, 2004

Notary Public

My commission expires: February 27, 2006

> OFFICIAL SEAL
> MARGO S. GUYTON
> NOTARY PUBLIC, STATE OF ILLINOIS
> My Commission Expires February 27, 2006

-2-