Clerk of the Court

United States District Court

Central District of Illinois, Peoria

Federal Building, Room 309

100 N.E. Monroe St.

Peoria, Illinois 61602

Larry Chenoweth

Reg. No. 59070-198

Federal Correctional

Institution

P. O. Box 5000

Pekin, Illinois 61555-5000

FILED
NOV - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Chenoweth v. Webster, et al.

District Court Case No. 04-1185

7TH Circuit Appellate Court Case No. 06-2162

November 1, 2006

Dear Clerk,

I'm a pro se litigant in the above case.

I have a brief, "Plaintiff's Grounds for Appeal," dated, June 27, 2006, pending before Judge Baker, before moving on to the Appellate Court.

Upon receiving this letter, I'll be in route to another prison in an anticipated transfer. My new address is as follows:

Larry Chenoweth/No. 59070-198

F.C.I. Terminal Island

1299 Seaside Ave.

Terminal Island, California   90731

- 1 -

I will inform the courts upon the completion of my transfer.

Respectfully Submitted,

*Larry A. Chenoweth*

Larry Chenoweth

Reg. No. 59070-198

P. O. Box 5000

Pekin, Illinois 61555-5000

- 2 -

CERTIFICATE OF SERVICE

I, Larry Chenoweth, hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I have placed a true and correct copies of the foregoing in the U.S. Mail, firstclass postage and prepaid and properly addressed to the following on the 1st day of November, 2006.

Respectfully Submitted,

*Larry H. Chenoweth*

Mailed to:

Gerald Brost, AUSA
One Technology Plaza
211 Fulton St., Suite 400
Peoria, Illinois 61602

Larry Chenoweth
Reg. No. 59070-198
P. O. Box 5000
Pekin, Illinois 61555-5000

Clerk of the Appellate Court
7TH Circuit Court of Appeals
Dirksen U.S. Courthouse
219 Dearborn St., Romm 2722
Chicago, Illinois 60604

- 3 -