Larry Chenoweth
Reg: 59070-198
F.C.I.
P.O. Box 3007
Terminal Island, CA 90731

January 3, 2007

FILED
JAN - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Clerk Of the Court
    U.S. District Court
    Central District of Illinois, Peoria
    Federal Building, Rm. 309
    100 N.E. Monroe St.
    Peoria, Illinois 61602

Re: **Chenoweth v. Webster, et al.**

   District Court Case No. 04-1185
   7th Circuit Appellate Court Case No. 06-2162

Dear Clerk:

   This is the follow up letter to the one dated, November 1, 2006, on Plaintiffs anticipated transfer to F.C.I. Terminal Island. Plaintiffs transfer was completed on December 27, 2006. Plaintiff recieved all his personal property on December 29, 2006. Plaintiffs new address is as follows: Larry Chenoweth Reg: No. 59070-198 Federal Correctional Institution P.O. Box 3007 Terminal Island, CA 90731.

   Plaintiff also, would like to take this opportunity to ask the District Court to send him a copy of Plaintiffs docketing statement and a status report, (or Judge Baker's decision, if any), on Plaintiffs brief, **"Plaintiffs Grounds for Appeal"**, presently pending before this Court, for Plaintiffs in forma pauperis affidavit, 41, to proceed to the appellate Court for services.

   Thank you in advance for your assistance.

Respectfully submitted,

*Larry H. Chenoweth*
Larry Chenoweth

1

<u>Certificate of Service</u>

I Larry Chenoweth, hereby certify under the penalty of perjury, 28 U.S.C 1746, that I have placed a true and correct copies of the foregoing in the U.S. Mail, first class postage and prepaid and properly addressed to the following on the <u> 3rd </u> day of <u> January </u> 2007.

Mailed to:  Gerald Brost, AUSA
~~One Technology Plaza~~
211 Fulton St. Suite 400
Peoria, Illinois 61602

Clerk of the Appellate Court
7th Circuit Court of Appeal
Dirksen U.S. Courthouse
219 Dearborn St. Rm 2722
Chicago, Illinois 60604

Respectfully submitted,

*/s/ Larry H. Chenoweth*

Larry Chenoweth
Reg: 59070-198
F.C.I
P.O. Box 3007
Terminal Island, CA 90731